# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

144136 & (27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

RUFUS BROWN,
         Defendant-Appellant.

SC: 144136
COA: 302656
Berrien CC: 2009-002727-FH

_____/

      On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the November 3, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

t0416